

# Fourth Court of Appeals
## San Antonio, Texas

August 16, 2019

No. 04-19-00359-CR

Laura Flores **MESSICK,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CR11174
Honorable Catherine Torres-Stahl, Judge Presiding

## O R D E R

Appellant has filed a motion for extension of time to file her brief. Generally, an appellant's brief is due to be filed thirty days after the date the later of the clerk's record or reporter's record is filed. TEX. R. APP. P. 38.6(a). A portion of the reporter's record has yet to be filed in this appeal. Accordingly, no deadline has been established for the filing of appellant's brief. It is therefore ORDERED that appellant's motion is MOOT.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of August, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court